```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :       ORDER
              - v. -                  :
                                      :       21 Cr. 729 (LAK)
TATIANA BENJAMIN,                     :
     a/k/a "Ta Banks,"                :
     a/k/a "Lyric Muvaa,"             :
                                      :
                    Defendant.        :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-16-2022

WHEREAS, with the consent of defendant Tatiana Benjamin, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on December 13, 2022;

WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:   New York, New York
         December 16, 2022

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK