UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :

UNITED STATES OF AMERICA,
                                                        :        CONSENT PRELIMINARY ORDER
        - v. -                                                   OF FORFEITURE/
                                                        :        MONEY JUDGMENT

TATIANA BENJAMIN,
        a/k/a "Ta Banks,"                               :        21 Cr. 729 (LAK)
        a/k/a "Lyric Muvaa,"
                                                        :
                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about December 1, 2021, TATIANA BENJAMIN, a/k/a "Ta

Banks," a/k/a "Lyric Muvaa" (the "Defendant"), among others, was charged in three counts of a

five-count Indictment 21 Cr. 729 (LAK) (the "Indictment"), with wire fraud, in violation of Title

18, United States Code, Sections 1343 and 2 (Count One); conspiracy to commit wire fraud, in

violation of Title 18, United States Code, Section 1349 (Count Two); and aggravated identity theft,

in violation of Title 18, United States Code, Section 1028A (Count Four);

        WHEREAS, the Indictment included a forfeiture allegation as to Count Two of the

Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code,

Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any property, real or

personal, that constitutes or is derived from proceeds traceable to the commission of the offense

charged in Count Two of the Indictment, including but not limited to a sum of money in United

States currency, representing the amount of proceeds traceable to the commission of the offense

charged in Count Two of the Indictment;

        WHEREAS, on or about November ____, 2022, the Defendant pled guilty to

Count Two of the Indictment, pursuant to a plea agreement with the Government, wherein the

Defendant admitted the forfeiture allegation with respect to Count Two of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to **$51,088** in United States currency, representing the proceeds traceable to the commission of the offense charged in Count Two of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of **$51,088** in United States currency, representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Michael D. Neff, and the Defendant and her counsel, Thomas Farinella, Esq., that:

1.    As a result of the offense charged in Count Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of **$51,088** in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant TATIANA BENJAMIN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.     The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  _Michael D. Neff_____              11/23/2022
     Michael D. Neff                                 DATE
     Assistant United States Attorney
     U.S. Attorney's Office, SDNY
     1 St. Andrew's Plaza
     New York, NY 10007
     (212) 637-2107


TATIANA BENJAMIN

By:  _____              12/13/2022
     TATIANA BENJAMIN                        DATE


By:  _____              12/13/2022
     Thomas A. Farinella, Esq.               DATE
     *Attorney for Defendant*
     The Law Office of Thomas A. Farinella
     260 Madison Avenue, 8th floor
     New York, NY 11426


SO ORDERED:

_____              2/2/24
THE HONORABLE LEWIS A. KAPLAN          DATE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK