UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA                   :
                                           :     **ORDER**
             - v. -                        :
                                           :     21 Cr. 729 (LAK)
TATIANA BENJAMIN,                          :
     a/k/a "Ta Banks,"                     :
     a/k/a "Lyric Muvaa,"                  :
                                           :
                            Defendant.     :
------------------------------------------X

    WHEREAS, with the consent of defendant Tatiana Benjamin, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on December 13, 2022;

    WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:  New York, New York
    As of ~~December~~ ___, 2024

                        THE HONORABLE LEWIS A. KAPLAN
                        UNITED STATES DISTRICT JUDGE
                        SOUTHERN DISTRICT OF NEW YORK